IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SOUTH TEXAS FRAC LLC § | |
| *Plaintiff* § | |
| § | CIVL ACTION NO. 20-cv-00678 |
| V. § | |
| § | |
| PHOENIX PROCESS EQUIPMENT CO. § | |
| *Defendant* § | |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

In accordance with the Court's Scheduling Order and Local Rule CV-88, the parties file this Joint Dispute Resolution Report.

1. **Status of Negotiations**. The parties engaged in settlement discussions prior to suit being filed. The parties intend to continue engaging in good faith efforts to settle the matter at a mediation after the completion of additional discovery and the joinder of WI Texas Frac, LLC.

2. **Persons Responsible for Settlement Negotiations.** Plaintiff's attorneys of record, Matthew T. Taplett, R.L. Florance, or Michael McCrum, will be responsible for the settlement negotiations on behalf of Plaintiff in this matter. Defendant's representative, Gary Drake, and Defendant's attorneys of record, Matthew B. Cano, or Stephen K. Luxton, will be responsible for the settlement negotiations on behalf of Defendant in this matter.

3. **ADR as an Appropriate Method of Resolving Issues in Controversy.** The parties agree that mediation is an appropriate method of attempting to resolve the issues in controversy. In that regard, the parties are currently circulating proposed mediators to preside over a non-binding mediation.

Respectfully submitted,

**POPE, HARDWICKE, CHRISTIE, SCHELL, KELLY & TAPLETT, LLP**

By: /s/ R.L. Florance (w/ permission)
    **Matthew T. Taplett**
    State Bar No. 24028026
    mtaplett@popehardwicke.com;
    **Robert L. Florance, IV**
    State Bar No. 24087520
    rflorance@popehardwicke.com

500 West Seventh Street, Suite 600
Fort Worth, Texas 76102-4751
Phone: (817) 332-3245
Fax: (817) 877-4781

**ATTORNEYS FOR PLAINTIFF
SOUTH TEXAS FRAC LLC**

And

**BENJAMIN, VANA, MARTINEZ & CANO, LLP**

By: *Stephen K. Luxton*
    **Matthew B. Cano**
    State Bar No. 03757050
    Email: mcano@benlawsa.com
    **Stephen K. Luxton**
    State Bar No. 24087953
    Email: sluxton@benlawsa.com

3600 Bee Caves Road, Suite 201
Austin, Texas 78746
Phone: (512) 732-1880
Fax: (210) 881-0668

**COUNSEL FOR DEFENDANT PHOENIX PROCESS EQUIPMENT CO.**