IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SOUTH TEXAS FRAC LLC § | |
| *Plaintiff* § | |
| § | CIVL ACTION NO. 20-cv-00678 |
| V. § | |
| § | |
| PHOENIX PROCESS EQUIPMENT CO. § | |
| *Defendant* § | |

**JOINT ADVISORY TO THE COURT REGARDING THE PARTIES' PENDING MOTIONS**

In accordance with the Court's February 25, 2021 Order, the parties provide this Joint Advisory to the Court regarding the pending motions [ECF Docs. Nos. 25, 26, 29, 30, and 40]. For purposes of this advisory only, Plaintiff South Texas Frac LLC and Third-Party Defendant WI Texas Frac LLC will be referred to collectively as "Plaintiffs."

### A. Rule 12(b)(6) Motions to Dismiss and Motions for Leave to File Amended Complaints.

1.  On December 30, 2020, Defendant filed its Rule 12(b)(6) Motions to Dismiss regarding certain claims and damages asserted by Plaintiffs [ECF Docs. No. 25 and 26]. In response, Plaintiffs filed their Motions for Leave to file Amended Complaints [ECF Doc. Nos. 29 and 30]. Counsel for the parties have conferred and have agreed that:

- There is no opposition to the Motions for Leave to file Amended Complaints [ECF Doc. Nos. 29 and 30]:

- Defendant's Answer to the Amended Complaints will be due by March 31, 2021:

- Defendant will re-file its Rule 12(b)(6) Motions to Dismiss on Plaintiffs' Amended Complaints:

- The Court does not need to rule on Defendant's Rule 12(b)(6) Motions to Dismiss [ECF Docs. No. 25 and 26] until Defendant re-files its Rule 12(b)(6) Motions to Dismiss on Plaintiffs' Amended Complaints.

B. **Defendant's Motion to Compel Plaintiff's document production.**

2. Defendant's Motion to Compel [ECF Doc. No. 40] Plaintiffs' document production concerns documents supporting Plaintiffs' claim of over $25,000,000.00 in alleged lost profits. On February 11, 2021, Plaintiffs produced additional accounting documents, and on March 5, 2021, Plaintiffs produced their customer contract that Defendant was seeking.

3. Defendant is currently reviewing the documents produced by Plaintiff, and therefore, this Motion is currently moot. However, Defendant reserves the right to refile a Motion to Compel (after conferring with counsel) regarding documents supporting Plaintiff's damages should Defendant's review of the latest document production determine it is necessary.

C. **Defendant's Motion for Continuance.**

4. Counsel is continuing to confer on this issue and will supplement this advisory on or before the Court's deadline of March 19, 2021.

Respectfully submitted,

**POPE, HARDWICKE, CHRISTIE, SCHELL, KELLY & TAPLETT, LLP**

By: /s/ R.L. Florance, IV (w. permission)
**Robert L. Florance, IV**
State Bar No. 24087520
rflorance@popehardwicke.com

500 West Seventh Street, Suite 600
Fort Worth, Texas 76102-4751
Phone: (817) 332-3245
Fax: (817) 877-4781

/s/ *Michael McCrum*
Michael McCrum

Texas State Bar No. 13493200
MCCRUM LAW OFFICE
404 East Ramsey Rd., Suite 102
San Antonio, Texas 78216
Phone: (210) 225-2285
Fax: (210) 225-7045
michael@mccrumlegal.com

**ATTORNEYS FOR PLAINTIFF
SOUTH TEXAS FRAC LLC AND
COUNTER-DEFENDANT WI TEXAS FRAC, LLC**

And


**BENJAMIN, VANA, MARTINEZ & CANO, LLP**

By:  /s/ Stephen K. Luxton
**Matthew B. Cano**
State Bar No. 03757050
Email: mcano@benlawsa.com
**Stephen K. Luxton**
State Bar No. 24087953
Email: sluxton@benlawsa.com

3600 Bee Caves Road, Suite 201
Austin, Texas 78746
Phone: (512) 732-1880
Fax: (210) 881-0668

**COUNSEL FOR DEFENDANT PHOENIX PROCESS EQUIPMENT CO.**