IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **SOUTH TEXAS FRAC LLC**     § | |
| *Plaintiff*                         § | |
|                                              § | **CIVIL ACTION NO. 20-cv-00678** |
| **V.**                                   § | |
|                                              § | |
| **PHOENIX PROCESS EQUIPMENT CO.**   § | |
| *Defendant*                    § | |

### JOINT ADVISORY TO THE COURT REGARDING MOTIONS SET FOR HEARING ON OCTOBER 4, 2021

The parties provide this Joint Advisory to the Court regarding the motions set for hearing on October 4, 2021.

1. Counsel for the parties conferred on South Texas Frac LLC's and WI Texas Frac LLC's Motion to Hold Phoenix Process Equipment Co. in Contempt of Court, Motion for Sanctions, Motion for Protective Order, Motion to Vacate, Motion to Compel, and Request for Expedited Hearing [Dkt. No. 110]. Phoenix has agreed to provide dates for the deposition of Alex Embry in October or November, dependent on Mr. Embrey's availability, and has agreed to provide Mr. Embry's contact information to counsel for South Texas Frac and WI Texas Frac. There is no need for a hearing on this motion.

2. Counsel for the parties also had a lengthy conference regarding the numerous motions between the parties seeking to exclude the other parties' experts [Dkt. Nos. 106, 113, 115, 119, 122, 123, 124, and 126]. Despite their best efforts, the parties were unable to reach a resolution on these motions and require a hearing before the Court.

3. The parties further request the Court's assistance in securing a new trial date for this matter. The parties are also conferring on potentially extending some scheduling order dates but will file a motion with the Court if the Court's assistance is needed.

Respectfully submitted,

**POPE, HARDWICKE, CHRISTIE, SCHELL, KELLY & TAPLETT, LLP**

By: /s/ Robert L. Florance, IV
**Robert L. Florance, IV**
State Bar No. 24087520
rflorance@popehardwicke.com

500 West Seventh Street, Suite 600
Fort Worth, Texas 76102-4751
Phone: (817) 332-3245
Fax: (817) 877-4781

*/s/ Michael McCrum*
Michael McCrum
Texas State Bar No. 13493200
MCCRUM LAW OFFICE
404 East Ramsey Rd., Suite 102
San Antonio, Texas 78216
Phone: (210) 225-2285
Fax: (210) 225-7045
michael@mccrumlegal.com

**ATTORNEYS FOR PLAINTIFF
SOUTH TEXAS FRAC LLC AND
COUNTER-DEFENDANT WI TEXAS FRAC, LLC**

And

**BENJAMIN, VANA, MARTINEZ & CANO, LLP**

By:     */s/ Stephen K. Luxton*
**Matthew B. Cano**
State Bar No. 03757050
Email:  mcano@benlawsa.com
**Stephen K. Luxton**
State Bar No. 24087953
Email: sluxton@benlawsa.com

3600 Bee Caves Road, Suite 201
Austin, Texas 78746
Phone: (512) 732-1880
Fax: (210) 881-0668

**Ricardo G. Cedillo**
State Bar No. 04043600
Email: rcedillo@lawdcm.com
**Brian L. Lewis**
State Bar No. 24060166
Email: blewis@lawdcm.com

dc&m | Davis, Cedillo & Mendoza, INC.
ATTORNEYS AT LAW

McCombs Plaza, Suite 250
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telecopier: (210) 660-3795
**COUNSEL FOR DEFENDANT PHOENIX PROCESS EQUIPMENT CO.**