IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SOUTH TEXAS FRAC LLC § | |
| *Plaintiff* § | |
| § | CIVIL ACTION NO. 20-cv-00678 |
| V. § | |
| § | |
| PHOENIX PROCESS EQUIPMENT CO. § | |
| *Defendant* § | |

## JOINT ADVISORY TO THE COURT REGARDING
## MEDIATED SETTLEMENT AGREEMENT

The parties provide this Joint Advisory to the Court regarding a mediated settlement agreement that was reached on November 17, 2021.

The parties reached a mediated settlement agreement on November 17, 2021 and are working toward formalizing the settlement agreement. The parties request that the Court abate all deadlines, rulings, and other matters while the parties work toward formalizing the settlement agreement. The parties will notify the Court if for any reason the abatement needs to be lifted.

Respectfully submitted,

POPE, HARDWICKE, CHRISTIE, SCHELL, KELLY & TAPLETT, LLP

By: /s/ Robert L. Florance, IV
**Robert L. Florance, IV**
State Bar No. 24087520
rflorance@popehardwicke.com

500 West Seventh Street, Suite 600
Fort Worth, Texas 76102-4751
Phone: (817) 332-3245
Fax: (817) 877-4781

*/s/ Michael McCrum*
Michael McCrum

Texas State Bar No. 13493200
MCCRUM LAW OFFICE
404 East Ramsey Rd., Suite 102
San Antonio, Texas 78216
Phone: (210) 225-2285
Fax: (210) 225-7045
michael@mccrumlegal.com

**ATTORNEYS FOR PLAINTIFF
SOUTH TEXAS FRAC LLC AND
COUNTER-DEFENDANT WI TEXAS FRAC, LLC**

And

**BENJAMIN, VANA, MARTINEZ & CANO, LLP**

By:       /s/ Stephen K. Luxton
          **Matthew B. Cano**
          State Bar No. 03757050
          Email:  mcano@benlawsa.com
          **Stephen K. Luxton**
          State Bar No. 24087953
          Email: sluxton@benlawsa.com

3600 Bee Caves Road, Suite 201
Austin, Texas 78746
Phone: (512) 732-1880
Fax: (210) 881-0668

          **Ricardo G. Cedillo**
          State Bar No. 04043600
          Email: rcedillo@lawdcm.com
          **Brian L. Lewis**
          State Bar No. 24060166
          Email: blewis@lawdcm.com

dc&m | Davis, Cedillo & Mendoza, INC.
ATTORNEYS AT LAW

McCombs Plaza, Suite 250
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telecopier: (210) 660-3795
**COUNSEL FOR DEFENDANT PHOENIX
PROCESS EQUIPMENT CO.**